## UNITED STATES vs. THOMPSON.

INFORMATION FOR DISTILLING WITHOUT LICENSE.

When the court are equally divided, no decision can be made.

VERDICT for the United States, and motion in arrest of judgment, for that the court have not jurisdiction.

WRIGHT, for the United States.

GOODENOW, for defendant.

Judges TAPPAN and ANDERSON, for sustaining the motion—ALEXANDER and WILEY, contra.

The defendant takes nothing by his motion.

Mr. WRIGHT moves for judgment on the verdict.

Judges TAPPAN and ANDERSON, refuses to give judgment for want of jurisdiction—ALEXANDER and WILEY, contra.

WRIGHT takes nothing by his motion.

---

### HARRISON COUNTY—MAY TERM, 1816.

PRESENT—TAPPAN, *President*; ROBERTS, BOYD, SEERS, *Associates.*

---

## KENNEDY vs. ANKRIM.

DEBT, FOR THE PENALTY CONTAINED IN ARTICLES OF AGREEMENT, FOR THE CONVEYANCE OF AN ESTATE.

An account made out on a loose piece of paper, is not a *book* account within the statute.

PLEA.—*Non est factum.* Notice of set-off.

WRIGHT, for plaintiff.

BEEBE, for defendant.

To support the set-off, defendant offered an account made at the bar on a loose piece of paper, and moved the court that the defendant might be sworn to prove it.

PRESIDENT.—The statute law permits the parties to suits, to be sworn to their book accounts, if not of more than 18 months standing. The paper offered here is no book account; there is nothing, therefore, for the defendant to swear to; it would be insulting the court to argue that such a piece of paper is a book account. It cannot be admitted.